# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 38895**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Brooke M. WILSON**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 27 January 2017

————————————

*Military Judge:* Donald R. Eller, Jr. (sitting alone).

*Approved sentence:* Dishonorable discharge and confinement for 30 months. Sentence adjudged 23 June 2015 by GCM convened at Joint Base Langley-Eustis, Virginia.

*For Appellant:* Major Thomas A. Smith, USAF; Captain Jarrett F. Merk, USAF.

*For Appellee:* Major Mary Ellen Payne, USAF; Gerald R. Bruce, Esquire.

Before MAYBERRY, SPERANZA, and JOHNSON, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court